# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2014

149516

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BONNIE BLACK, as Next Friend of JESSICA
BITNER, a Minor,
      Plaintiff-Appellee,

v

                                      SC: 149516
                                       COA: 312379
                                       Wayne CC: 11-010645-NO

WILLIAM SHAFER, MARY SHAFER, and
IAN GEARHART,
      Defendants,
and

ANTHONY SHAFER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 25, 2014 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether this action sounds in ordinary negligence or in premises liability; (2) the role, if any, of licensor-licensee relationships in this action; (3) the specific nature of the duty, if any, owed by defendant Anthony Shafer to the plaintiff's next friend, Jessica Bitner, with respect to Bitner's injury, including whether the parties had a legally significant "special relationship," see generally, e.g., *Williams v Cunningham Drug Stores, Inc*, 429 Mich 495 (1988); (4) whether a reasonable juror could determine that a duty was breached; (5) the import of a third party's criminal act in negligently discharging a firearm; and (6) causation generally.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2014



t1216

                       Clerk